DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZOKAITES PROPERTIES, LP,**
Appellant,

v.

**TALAVERA ASSOCIATION, INC.,**
Appellee.

No. 4D2023-0063

[January 25, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 50-2021-CC-009447-XXXX-WB.

Jeffrey M. Siskind of Siskind Legal, PLLC, Wellington, for appellant.

Ryan M. Aboud and Keith F. Backer of Backer Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***